FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2022

SEAN F. McAVOY, CLERK

1

2

3

4

5            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF WASHINGTON

6

7    JOHN G.,[1]                          No.    1:22-cv-3002-EFS

8                    Plaintiff,
                                          **ORDER DENYING AS MOOT
9            v.                           PLAINTIFF'S APPLICATION TO
                                          PROCEED *IN FORMA PAUPERIS***
10   COMMISSIONER OF SOCIAL
     SECURITY,

11

12                   Defendant.

13

14       On January 6, 2022, Plaintiff filed an Application to Proceed *In Forma

15   Pauperis*, ECF No. 2.  On January 12, 2022, Magistrate Judge Goeke filed a Report

16   and Recommendation, ECF No. 5, recommending that the Application be denied

17   and Plaintiff be required to pay the full filing fee and administrative fee.

18   Thereafter, Plaintiff paid the fees in full, and filed a notice stating that he did not

19   object to the Report and Recommendation.[2]  Because Plaintiff's payment renders

20   _____

21   [1] To protect the privacy of social-security plaintiffs, the Court refers to them by

22   first name and last initial. *See* LCivR 5.2(c).

     [2] ECF No. 6.

23

1   the issue moot, the Court denies Plaintiff's Application as moot and declines to

2   adopt the Report and Recommendation.

3        Accordingly, **IT IS HEREBY ORDERED**:

4       1.    Plaintiff's Application to Proceed *In Forma Pauperis*, **ECF No. 2**, is

5           **DENIED AS MOOT**.

6       2.    Magistrate Judge Goeke's Report and Recommendation, **ECF No. 5**, is

7           moot and is therefore **NOT ADOPTED**.

8       **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

9   provide copies to all counsel.

10      **DATED** this __21st__ day of January 2022.

11

12                     s/Edward F. Shea
                     EDWARD F. SHEA
          Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23